Bernie **HARRY**, as Personal Representative of the Estate of Lisa Normil, deceased, Plaintiff–Appellant,

v.

Wayne **MARCHANT**, M.D., Ali Bazzi, M.D., et al., Defendants–Appellees.

No. 99–13205.

United States Court of Appeals, Eleventh Circuit.

July 31, 2001.

Peter Loblack, Law Office of Peter Loblack, P.A., Miami, FL, for Plaintiff–Appellant.

Miles Ambrose McGrane, McGrane & Nosich, P.A., William G. Edwards, Marlow, Connell, Valerius, Abrams & Adler, Miami, FL, Esther Elisa Galicia, George, Hartz, Lundeen, Flagg & Fulmer, Vanessa Reynolds, Conrad & Scherer, Ft. Lauderdale, FL, for Defendants–Appellees.

Before ANDERSON, Chief Judge, and TJOFLAT, EDMONDSON, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS and WILSON, Circuit Judges.

BY THE COURT:

A member of this court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc.

The previous panel's opinion is hereby VACATED.